IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

UNITED STATES OF AMERICA        )
           )
v.              )   CASE NO. 2:10-cr-013-MEF
           )
DEONDRE JONES         )

# O R D E R

On June 11, 2010, the Magistrate Judge filed a Recommendation (Doc. #45) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The defendant's Motion to Suppress Stop, Searches and Seizures (Doc. #33) is DENIED.

DONE this the 25th day of August, 2010.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE